# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 18-10270-RWZ** |
| | ) | |
| **ALLAH MALLORY a/k/a "Parod,"** | ) | |
| **Defendant.** | ) | |

## EXHIBIT LIST OF THE UNITED STATES OF AMERICA

The United States of America hereby files the following list of Proposed Exhibits for trial in the above-captioned matter.  The government reserves its right to supplement, modify and number the list in light of the evidence admitted at trial and with reasonable notice to the defendant.

| Exhibit Number | Exhibit |
|---|---|
| A | Map/Chalk of Area of North Warren Avenue and Milton Street, Brockton, Massachusetts |
| 1 | Photographs of 210 North Warren Avenue, Brockton |
| 2 | Recording of Telephone Calls Between CW-1 and Allah Mallory |
| 2T | Transcripts of Recordings |
| 3 | Screen Shot of Text Messages and Call Detail Records of CW-1's Cellular Telephone |
| 4 | Excerpts of Audio/Video Recording of July 9, 2018, Purchase of Heroin and Cocaine Base |
| 4T | Transcript of Audio/Video Recording of July 9, 2018 Purchase of Heroin and Cocaine Base |
| 5 | Still Photographs of July 9, 2019 |
| 6 | Cocaine Base |

| | |
|---|---|
| 7 | Heroin |
| 8 | CV for James DiSarno |
| 9 | CV for Carmen Masters |
| 10 | Drug Certification- Cocaine Base |
| 11 | Drug Certification- Heroin |
| 12 | Plymouth County Correctional Facility Records for Allah Mallory |
| 13 | Plymouth County Correction Facility Records for CW-1 |
| 14 | Certified Probation Records for Allah Mallory |
| 15 | GPS Monitoring Records for Allah Mallory on July 9, 2018 |

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: s/ Timothy E. Moran
TIMOTHY E. MORAN
Assistant U.S. Attorneys

Date: June 3, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

s/ Timothy E. Moran
Timothy E. Moran

Date: June 3, 2019