**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 18-10270-RWZ** |
| | ) | |
| **ALLAH MALLORY a/k/a "Parod,"** | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S WITNESS LIST**

The United States may call the following witnesses to testify in the above-captioned case:

1.  Special Agent Timothy Kenny, FBI

2.  Special Agent William McDermott, FBI

3.  Sgt. Erik Telford, Massachusetts State Police ("MSP")

4.  Tpr. Chris St. Ives, MSP

5.  Tpr. Stephen Johnson, MSP

6.  Det. Matt Graham, Brockton Police Department

7.  Det. Stephen McManus, Boston Police Department

8.  Deputy Patrick O'Brien, Suffolk County Sheriff's Department

9.  Senior Forensic Chemist Carmen L. Masters, DEA

10. Senior Forensic Chemist James DiSarno, DEA

11. Assistant Chief Probation Officer Emmanuel Fernandes, Massachusetts Probation Service

12. Probation Officer David LaRosa, Massachusetts Probation Service

13. Scott Calcagni, Massachusetts Probation Service

14. Keeper of Records, Plymouth County Correctional Facility

15. CW-1

The government reserves the right to supplement this list and timely notify defense counsel.

Respectfully Submitted,

ANDREW E. LELLING
United States Attorney

By: *s/* Timothy E. Moran
TIMOTHY MORAN
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Timothy E. Moran
TIMOTHY E. MORAN
Assistant United States Attorney

Date: June 3, 2019